Gregory S. Abrams, CA SBN 96759
**Douglas D. Kappler, CA SBN 48979 - Primary Attorney**
A·S·K FINANCIAL
16150 Hartsook Street
Encino, California 91436
**Telephone:** (818) 609-9268  ext. 120   **Fax:** (818) 609-9686
**e-mail**: dkappler@askfinancial.com

\usr.frm - F:\WP\MM\CKI\usr-fre.wpd

Attorneys For Plaintiff, David L. Hahn, Chapter 7 Trustee for the Bankruptcy Estate of Classics Kristall Inc.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Classics Kristall Inc.,<br><br>Debtor. | Bk. No. 09-13862-PC<br><br>Chapter 7<br><br>Adv No. 11-01560-PC |
| David L. Hahn, Chapter 7 Trustee for the Bankruptcy Estate of Classics Kristall Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Fremada Gold, Inc.,<br><br>Defendant. | **PLAINTIFF'S UNILATERAL STATUS REPORT RE: SETTLEMENT PENDING**<br>[LOCAL RULE 7016-1(a)]<br><br>DATE: April 26, 2011<br>TIME: 9:30 am<br>COURTROOM: 1539<br>PLACE: 255 E. Temple Street<br>Los Angeles, CA 90012 |

TO UNITED STATES BANKRUPTCY JUDGE PETER H. CARROLL:

    Plaintiff submits the following Unilateral Status Report in accordance with Local Bankruptcy Rule 7016-1(a).  Although no answer has been filed, Plaintiff has been contacted by the attorney for Defendant.  At this point, the parties anticipate a settlement.   Plaintiff sent a draft Joint Status Report to counsel for Defendant, however it was not returned.  Furthermore, the Defendant's attorney  is out of town and will not return until after the April 26, 2011 initial status conference. Therefore, Plaintiff requests a brief continuance for approximately thirty (30) days past the April 26, 2011 status conference to allow the Parties to discuss a possible

1  settlement in this action.

2  Dated: April 19, 2011

3  A·S·K FINANCIAL

4  By  */s/ Douglas D. Kappler*
5  Gregory S. Abrams, Esq., Douglas D. Kappler, Esq.
   Attorneys For David L. Hahn, Chapter 7 Trustee, Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION REGARDING SUBMISSION
OF UNILATERAL STATUS REPORT**

I, Douglas D. Kappler hereby declare as follows:

1. I am employed by A·S·K Financial, the attorneys of record for Plaintiff, as an attorney. I am over the age of 21 years and am competent to testify of my own personal knowledge about the matters contained herein.

2. Although no answer has been filed, I have been contacted by the attorney for Defendant, and possible settlement was discussed.. At this point, it appears that the matter will be settled. I sent a draft Joint Status Report to counsel for Defendant, however it was not returned. I am informed that the Defendant's attorney is out of town and will not return until after the April 26, 2011 initial status conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2011 at Los Angeles, California.

*/s/ Douglas D. Kappler*
Douglas D. Kappler

| In re<br>Classics Kristall Inc.<br><div align="right">Debtor.</div> | CHAPTER 7<br>CASE NUMBER 09-13862<br>ADV NUMBER 11-01560 |
|---|---|

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**16150 Hartsook Street, Encino, California 91436**

A true and correct copy of the foregoing document described as  **PLAINTIFF'S UNILATERAL STATUS REPORT**
___ will be served or was served (**a**) on the judge in chambers in the form and manner required by LBR 2005-2(d), and (**b**) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NCF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 19, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Gregory S Abrams    jbothell@askfinancial.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

        ❥ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **April 19, 2011**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Peter Carroll
255 East Temple Street, Room 1539
Los Angeles, CA 90012

Zvi Rosen, Esq.
Cohen Tauber Spievack & Wagner, lLP
420 Lexington Avenue, Suite 2400
New York, NY 10170

        ❥ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service by method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

        ❥ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 19, 2011 | Jeff Lucas | /s/ Jeff Lucas |
|---|---|---|
| Date | Type Name | Signature |

No: CKIFRE001 Stat: SAS - Answ:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009
UNILATERAL STATUS REPORT
F:\WP\MM\CKI\usr-ckl.wpd-19Apr11, 14:28
**F 9013-3.1**