1  Gregory S. Abrams, CA SBN 96759
   **Douglas D. Kappler, CA SBN 48979**
2  A·S·K FINANCIAL
   16150 Hartsook Street,
3  Encino, California 91356
   **Telephone:** (818) 609-9268  ext. 120   **Fax:** (818) 609-9686
4  **e-mail**: dkappler@askfinancial.com
   \tbdmrg.frm - F:\WP\MM\CKI\DIS-FRE.WPD
5  Attorneys For Plaintiff, David L. Hahn, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk. No. 09-13862-PC |
| Classics Kristall Inc., | Chapter 7 |
| Debtor. | Adv. No. 11-01560-PC |
| David L. Hahn, Chapter 7 Trustee for the Bankruptcy Estate of Classics Kristall Inc., | NOTICE OF DISMISSAL AND DISMISSAL |
| Plaintiff, | DATE: July 5, 2011
TIME: 9:30 am |
| vs. | COURTROOM: 1539
PLACE: 255 E. Temple Street
Los Angeles, CA 90012 |
| Fremada Gold, Inc., | |
| Defendant. | |

Plaintiff herein requests dismissal of this case pursuant to Federal Rule of Civil Procedure 41(a)(1).  This matter has been settled and this dismissal is with prejudice.  An answer has not been filed.

Dated: June 29, 2011

A·S·K FINANCIAL

By  */s/ Douglas D. Kappler*
    Gregory S. Abrams, Esq., Douglas D. Kappler, Esq.
    Attorneys For David L. Hahn, Chapter 7 Trustee, Plaintiff

-1-                                                                DISMISSAL

| In re<br>Classics Kristall Inc.<br>Debtor. | CHAPTER 7<br>CASE NUMBER    09-13862<br>ADV NUMBER    11-01560 |
|---|---|

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**16150 Hartsook Street, Encino, California 91356**

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL AND DISMISSAL** will be served or was served (**a**) on the judge in chambers in the form and manner required by LBR 2005-2(d), and (**b**) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NCF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 30, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Gregory S Abrams    jbothell@askfinancial.com
Douglas D Kappler    dkappler@askfinancial.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **June 30, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Attorney for Defendant
Zvi Rosen, Esq.
Cohen Tauber Spievack & Wagner, ILP
420 Lexington Avenue, Suite 2400
New York, NY 10170

United States Bankruptcy Court
Honorable Peter Carroll
255 East Temple Street, Room 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service by method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 30, 2011 | Jeff Lucas | /s/ Jeff Lucas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

No: CKIFRE001 Stat: TBDWP - Answ:
\*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    -2-    F 9013-3.1.PROOF.SERVICE
DISMISSAL
F:\WP\MM\CKI\DIS-FRE.WPD / 29Jun11, 11:47